IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD URBANIC AND<br>BETH ANN ROSICA<br><br>        Plaintiffs<br><br>v.<br><br>BOROUGH OF WEST CHESTER<br>AND MAYOR JORDAN NORLEY<br><br>        Defendants | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 2:20-cv-05588<br>:<br>:<br>:<br>:<br>: |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, Donald Urbanic and Beth Ann Rosica, appeal to the United States Court of Appeals for the Third Circuit from the Order dated August 4, 2021, granting Defendants' Motion to Dismiss Plaintiffs' Complaint.

                                              **MacELREE HARVEY, LTD.**

Date: September 3, 2021         By: _____
                                                        Lindsay A. Dunn, Esquire
                                                        Attorney I.D. No. 203051
                                                        17 W. Miner Street
                                                        West Chester, PA 19381-0660
                                                        (610) 436-0100
                                                        *Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD URBANIC AND<br>BETH ANN ROSICA<br><br>          Plaintiffs<br><br>v.<br><br>BOROUGH OF WEST CHESTER<br>AND MAYOR JORDAN NORLEY<br><br>          Defendants | CIVIL ACTION NO. 2:20-cv-05588 |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 3, 2021, a true and correct copy of the foregoing Notice of Appeal was filed electronically with the Court's ECF System and served upon the following:

Michael Gill, Esquire
Buckley Brion McGuire & Morris LLP
118 W. Market Street, Suite 300
West Chester, PA 19382

**MacELREE HARVEY, LTD.**

*/s/ Lindsay Dunn*

Lindsay A. Dunn, Esquire
Attorney I.D. No. 203051
17 W. Miner Street
West Chester, PA 19381-0660
(610) 436-0100
*Attorney for Plaintiffs*

4140900v1
211814.69597