# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2665

Donald Urbanic, et al v. Borough of West Chester, et al

(U.S. District Court No.: 2-20-cv-05588)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 15, 2021
SB/cc: Ms. Kate Barkman,
Lindsay A. Dunn, Esq.
Louis B. Kupperman, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk